IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CRIMINAL NO. 23-CR-432(RBW) |
| ) | |
| ) | |
| XYAN CLARY, defendant    ) | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as co-counsel for Mr. Xyan Clary under the CJA Act in the above captioned case.

          Respectfully submitted,

          KIRA ANNE WEST

By:   /s/*Kira Anne West*
       Kira Anne West
       DC Bar No. 993523
       712 H Street N.E., Unit 509
       Washington, D.C. 20002
       Phone: 202-236-2042
       kiraannewest@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 21st day of December, 2023, a copy of same was delivered to the parties of record, pursuant to the rules of the Clerk of Court.

          /S/*Kira West*
          Kira Anne West